IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No: 7:14-CR-00053-H-1 |
| | ) | |
| vs. | ) | |
| | ) | **ORDER RETURNING BOND** |
| MATTHEW MARKS WESTBROOKS | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court on the motion of Matthew Marks Westbrooks. It appears that on or about July 3, 2014, bond was posted by Caroline Westbrooks on behalf of Mr. Westbrooks. It further appears that there are no matters pending in criminal case number 7:14-00053-H-1 relating to Mr. Westbrooks and that he is no longer under the jurisdiction of this Court. It further appears that the defendant has complied with his responsibilities while on bond.

IT IS THEREFORE ORDERED that the $2500.00 posted for bond be returned to Caroline Westbrooks.

This the 22nd day of April 2015.

_____
Honorable Malcolm J. Howard
Senior U.S. District Judge